Anthony Argiropoulos, Esquire
Thomas Kane, Esquire
Robert M. Travisano, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Attorneys for Plaintiffs*
*HR Staffing Consultants, LLC and*
*Upstream Healthcare Management of*
*New Jersey, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HR STAFFING CONSULTANTS, LLC and UPSTREAM HEALTHCARE MANAGEMENT OF NEW JERSEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD BUTTS,<br><br>Defendant. | CIVIL ACTION<br><br>DOCKET NO. 2:15-cv-03155-KM-SCM |

**NOTICE OF EMERGENCY MOTION FOR AN**
**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS**

TO:   Mr. Richard Butts
6112 Ambleside Drive
Wilmington, NC 28409
richardb.butts@gmail.com

—and—

3012 Constitution Avenue
B9-267
Bayonne, NJ 07002

—and—

c/o CarePoint Health Management Associates, LLC
10 Exchange Place
Jersey City, NJ 07302
Richard.Butts@CarePointHealth.org

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned will apply to the above-named Court at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, seeking an Order to Show Cause with Temporary Restraints restraining Defendant Richard Butts from violating the non-complete, non-solicitation, and confidentiality provisions of his Employment Agreement with Plaintiff HR Staffing Consultants, LLC and setting a hearing date to convert those temporary restraints into a preliminary injunction.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiffs shall rely upon the enclosed Memorandum of Law and Declaration of Christopher Howard.

By:
/s/Anthony Argiropoulos
/s/Thomas Kane
/s/Robert M. Travisano
_____
Anthony Argiropoulos
Thomas Kane
Robert M. Travisano
EPSTEIN, BECKER & GREEN, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 642-1900

*Attorneys for Plaintiffs*
*HR Staffing Consultants, LLC and*
*Upstream Healthcare Management of*
*New Jersey, LLC*

Dated: May 7, 2015

2

**CERTIFICATION OF SERVICE**

    I, Anthony Argiropoulos, Esquire, hereby certify that on this date I caused a true and correct copy of the foregoing Notice of Emergency Motion for an Order to Show Cause with Temporary Restraints, including all supporting papers, as well as the Summons and Complaint, to be served upon Defendant Richard Butts (on behalf of whom no counsel has yet entered an appearance) at the following locations and by the following means:

**By Email To:**

richardb.butts@gmail.com

—and—

Richard.Butts@CarePointHealth.org

**By Hand Delivery (via *both* Courier *and* Process Server) To:**

6112 Ambleside Drive<br>
Wilmington, NC 28409

—and—

3012 Constitution Avenue<br>
B9-267<br>
Bayonne, NJ 07002

—and—

c/o CarePoint Health Management Associates, LLC<br>
10 Exchange Place<br>
Jersey City, NJ 07302

By:    /s/Anthony Argiropoulos
        Anthony Argiropoulos

Dated: May 7, 2015