# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HR STAFFING CONSULTANTS, LLC, and Upstream Healthcare Management of New Jersey, LLC,** | Civ. No. 2:15-3155 (KM)(SCM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Richard BUTTS, | |
| Defendant. | |

## KEVIN MCNULTY, U.S.D.J.:

**THIS MATTER** having come before the Court on the motion (ECF Nos. 4, 7, 17) of Plaintiffs HR Staffing Consultants, LLC ("HR Staffing") and Upstream Healthcare Management of New Jersey, LLC ("Upstream"), pursuant to Fed. R. Civ. P. 65, for a preliminary injunction against Defendant Richard Butts; and Defendant having opposed the motion (ECF Nos. 6, 19); and the Court having heard oral argument on Plaintiffs' related motion for a temporary restraining order on May 8, 2015; and the Court having held an evidentiary hearing on the motion for a preliminary injunction on May 22, 2015; and the Court having considered the moving papers and the entire case file; for the reasons set forth in the accompanying Opinion, and for good cause shown:

**IT IS** this 29th day of May, 2015,

**ORDERED**, in accordance with the accompanying Opinion, that Plaintiffs' motion for a preliminary injunction is GRANTED.

This preliminary injunction shall remain in effect until a

1

determination on the merits is reached in this Court or for a period of one year from the date of this Order, whichever occurs first.

As a condition of the foregoing relief, Plaintiffs shall post a bond within 30 days in the amount of Defendant's annual salary at CarePoint, pursuant to Fed. R. Civ. P. 65(c). Defendant will document that amount to HR Staffing, if necessary.

By Monday, June 1, after consultation with counsel for Defendant, Plaintiffs' counsel shall

(1) submit a form of preliminary injunction, which shall include the amount of bond and require the posting of such security within 30 days;

(2) propose redactions so that a version of this sealed Opinion may be filed publicly.

_____
**KEVIN MCNULTY**
**United States District Judge**